NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-498

ELVIS E. COLEMAN AND VIRGIL W. COLEMAN

VERSUS

FRED T. BUTCHER AND ALLSTATE INS. CO.

**********
APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 38,144
HONORABLE LEO BOOTHE, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy H. Ezell, Judges.

AFFIRMED.

Anthony Terrell Marshall
2010 S. Burnside, Suite B
Gonzales, LA 70737
(225) 647-1015
Counsel for Plaintiffs/Appellants
        Elvis E. Coleman
        Virgil W. Coleman

**Richard Alan Rozanski**
**Wheelis & Rozanski**
**P. O. Box 13199**
**Alexandria, La 71315-3199**
**(318) 445-5600**
**Counsel for Defendants/Appellees**
  **Allstate Insurance Co.**
  **Fred T. Butcher**